NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**HENRY E. SLAYTON, JR.,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

_____

2012-7100

_____

Appeal from the United States Court of Appeals for Veterans Claims in No. 10-3240, Judge Bruce E. Kasold.

_____

**JUDGMENT**

_____

THOMAS R. BENDER, Chisholm Chisholm & Kilpatrick, Ltd., of Providence, Rhode Island, argued for claimant-appellant. Of counsel was ROBERT VINCENT CHISHOLM.

STEVEN M. MAGER, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, and SCOTT D. AUSTIN, Assistant Director. Of counsel were MICHAEL J. TIMINSKI, Deputy Assistant General Counsel, and TRACEY PARKER WARREN, Attorney, United States Department of Veterans Affairs, of Washington, DC.

_____

THIS CAUSE HAVING BEEN HEARD AND CONSIDERED, IT IS

ORDERED AND ADJUDGED:

PER CURIAM (NEWMAN, PROST, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| January 28, 2013 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |